**3263688**
## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO:

DAWN MARIE PETIT,

    Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendants.
_____ /

## COMPLAINT

Plaintiff, **DAWN MARIE PETIT**, sues Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, and alleges:

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material to this action, Plaintiff was a natural person residing in Brevard County, Florida.

3. At all times material to this action, Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, was a corporation authorized to do business and doing business in the state of Florida.

4. On or about September 8, 2016, Plaintiff operating a motor vehicle traveling on State Road 528, Mile Marker 38 near its intersection with State Road 407 in Cocoa, Brevard County, Florida.

5. All actions giving rise to this incident occurred in Cocoa, Brevard County, Florida.

1

6. At that time and place, **DEREK GREGRORY MCKELLER** operated a motor vehicle owned by **CAITLIN MARY MCDOWELL** traveling on State Road 528, Mile Marker 38 near its intersection with State Road 407 in Cocoa, Brevard County, Florida.

7. At that time and place, **DEREK GREGRORY MCKELLER** was an underinsured operator of a motor vehicle traveling on State Road 528, Mile Marker 38 near its intersection with State Road 407 in Cocoa, Brevard County, Florida.

8. At that time and place, **DEREK GREGRORY MCKELLER** did so negligently and carelessly operate the motor vehicle as to cause it to collide with Plaintiff's motor vehicle.

9. **DEREK GREGRORY MCKELLER** was negligent in that he negligently failed to keep a proper look out, negligently operated or maintained his motor vehicle, and negligently failed to yield to the right of way and failed to operate his vehicle in a careful and prudent manner in violation of Sections 316.1925, Florida Statutes.

10. At all times material hereto, **DAWN MARIE PETIT** was insured under an automobile liability insurance policy that provided underinsured motorist benefits to Plaintiff, **DAWN MARIE PETIT**. Said policy of insurance numbered C919990594 was issued by Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, and was in full force and effect on or about September 8, 2016.

11. Under the terms of the insurance policy, Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, provided stackable uninsured/underinsured motorist coverage for Plaintiff in the amount of $100,000.00/$200,000.00.

12. Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

13. At all times material to this action, **DEREK GREGRORY MCKELLER**, was an underinsured motorist in that he carried insufficient liability insurance coverage.

14. Plaintiff has furnished Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, has denied that coverage exists and/or refused to pay Plaintiff for the full value of the claim.

15. As a direct and proximate result of the negligence of Defendant, Plaintiff has suffered bodily injury to the body as a whole, pain and suffering of both a physical nature and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

All of the above losses are continuing and/or permanent in nature.

WHEREFORE, Plaintiff, **DAWN MARIE PETIT**, demands judgment for damages, costs and any other relief this Court deems appropriate against Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**. Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 15th day of June, 2018

Daniel Morgan, Esq.
FBN 0121412
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Facsimile: (407) 867-4793
Primary email: DMorgan@forthepeople.com
Secondary email: vvazquez@forthepeople.com
Attorneys for Plaintiff

4