**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAWN MARIE PETIT,

        Plaintiff,

v.                                              Case No:  6:18-cv-1190-Orl-78LRH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

_____

## ORDER

    The Court has been advised by the parties' that the above-styled action has been completely settled.

    Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

    **DONE AND ORDERED** at Orlando, Florida on January 13, 2021.

                                                    WENDY W. BERGER
                                             UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record